

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00882-CR

The **STATE** of Texas,
Appellant

v.

Rafael **MARTINEZ MARTINEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13926CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting Rafael Martinez Martinez habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 24, 2024.

_____
Irene Rios, Justice